THE BUFFALO, NEW YORK AND ERIE RAILROAD COMPANY, Appellant, *v.* JOHN STIGELER et al., Respondents.

*D. Pratt* for the respondents.

Judgment affirmed by default.